U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 1 1 2017

TONY R. MOORE, CLERK
BY: _____ M3 _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| AGRI-SOUTH GROUP L.L.C., et al. | CIVIL ACTION 1:17-cv-00388 |
| VERSUS | JUDGE DRELL |
| PARAWON CORP., et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Delta Assets' Motion to Remand (Doc. 13) is GRANTED and this case is REMANDED to the Louisiana Twelfth Judicial District Court in Avoyelles Parish, Louisiana.

IT IS FURTHER ORDERED that Defendants' Motion for Judgment on the Pleadings (Doc. 11) is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Motion to Compel Deposition Testimony from Benjamin Simmons, Jr. (Doc. 64) is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Motion for Attorney Fees (Doc. 64) by Defendants Sherry Broadhead, Chevron, and Parawon is DENIED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 11th day of December, 2017.

                                                JUDGE DEE D. DRELL
                                            UNITED STATES DISTRICT COURT